IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CASE NO. 5:07CR517-002 |
| | ) | |
| Plaintiff, | ) | JUDGE CHRISTOPHER A. BOYKO |
| | ) | |
| v. | ) | MAGISTRATE JUDGE VECCHIARELLI |
| | ) | |
| ADOLFO BARRAGAN RODRIGUEZ, | ) | |
| | ) | |
| Defendant. | ) | <u>ORDER</u> |

The Defendant was sentenced by this Court on April 17, 2008 after entering a plea of guilty to Count 1 of an indictment charging violations of 21 U.S.C.§ 846 and 841(a)(1), Conspiracy to Possess With Intent to Distribute and to Distribute Cocaine and Methamphetamine.

The Court sentenced the Defendant to the custody of the Bureau of Prisons for a total term of 52 months followed by 3 years Supervised Release. The Court waived Defendant's fine and ordered the Defendant to pay a special assessment of $100.00 due immediately to the United States.

In addition, the Defendant was sentenced to the standard conditions of Supervised Release and the following additional condition:

> *"The Defendant shall surrender to the Bureau of Immigration and Customs Enforcement, U.S. Department of Homeland Security for deportation as provided by law, and shall not illegally re-enter or remain in the United States."*

The Court **VACATES** this portion of the sentence and sentencing record as Defendant is a citizen of the United States.

Therefore, Deportation is **NOT** an additional condition of Supervised Release and is **NOT** applicable to this Defendant.

The Presentence Investigation Report shall immediately be amended to reflect this change.

IT IS SO ORDERED.

 s/Christopher A. Boyko
CHRISTOPHER A. BOYKO
United States District Judge

April 22, 2008